ACCEPTED
03-14-00669-CR
3711269
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 11:36:23 AM
JEFFREY D. KYLE
CLERK

## No. 03-14-00669-CR

| | | |
|---|---|---|
| **Ex Parte:** | § | **COURT OF APPEALS** |
| | § | **IN THE THIRD** |
| | § | **JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **JUSTIN CARTER** | § | **AUSTIN, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 11:36:23 AM
JEFFREY D. KYLE
Clerk

### Motion for Extension of Time to File Appellant's brief

**TO THE HONORABLE THIRD DISTRICT COURT OF APPEALS:**

COMES NOW, Justin Carter, Appellant in the above styled and numbered cause, by and through undersigned counsel, and submits this Motion for Extension of Time pursuant to Rule 10.5 of the Texas Rules of Appellate Procedure. In support of the same, Appellant would show this Honorable Court as follows:

1. Appellant's brief is due on January 12, 2015.

2. Notice of receipt of the Reporter's Record was received from this court on December 22, 2014.

3. Due to the holiday break, Defense counsel did not receive a copy of the reporter's record until it was emailed to him on January 7, 2015.

4. Defense counsel will need a 14 day extension of the deadline in order to properly prepare Appellant's brief.

5. No prior extensions have been sought for extending the time to file this brief.

6. This request is not made for the purposes of delay, but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays this Honorable Court to extend the deadline to file the Appellant's Brief for an additional 14 days.

Respectfully submitted,

Chad P. Van Brunt
Bar No. 24070784
THE LAW OFFICE OF CHAD VAN BRUNT
310 S. St. Mary's Street
Suite 1840 – Tower Life Bldg.
San Antonio, Texas 78205
(210) 399-8669
(210) 568-4927 (telecopier)

By:_____/s/ Chad Van Brunt_____
Chad P. Van Brunt

Attorney for Justin River Carter

## CERTIFICATE OF SERVICE

This certifies that on January 8, 2015, a true and correct copy of the above and foregoing document was served upon the Comal County District Attorney's office via fax.

_____/s/_Chad Van Brunt_____
Chad P. Van Brunt